UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ASHLEY FORDE SANCHEZ,
                Plaintiff,

-against-

DREAM CHARTER SCHOOL,
                Defendant.
------------------------------------------------------------X

21 Civ. 661 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan, dated March 25, 2021 (Dkt. No. 11) directed the parties to submit a status letter by May 31, 2021.

WHEREAS, the parties have not submitted such status letter. It is hereby

**ORDERED** that by **June 4, 2021**, the parties shall submit a joint status letter, as outlined in the Case Management Plan and Individual Rule IV.A.2.

Dated: June 2, 2021
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE